# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Johnny Flores v. Reynaldo Guevara, et al.,

Case Number: 23 CV 01736

An appearance is hereby filed by the undersigned as attorney for: Edward Mingey, Roland Paulnitsky

Attorney name (type or print): Maurice C. Hunt

Firm: The Sotos Law Firm

Street address: 141 W. Jackson Blvd, Suite 1240A

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6328749
(See item 3 in instructions)

Telephone Number: 630-735-3300

Email Address: mhunt@jsotoslaw.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ☑ |
| Are you acting as local counsel in this case? | ☐ | ☑ |
| Are you a member of the court's trial bar? | ☐ | ☑ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ☑ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
  If appointed counsel, are you
  ☐ Federal Defender
  ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 10, 2023

Attorney signature: S/ Maurice C. Hunt
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015