UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Johnny Flores
                        Plaintiff,

v.                                                 Case No.: 1:23−cv−01736
                                                 Honorable John J. Tharp Jr.

Reynaldo Guevara, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 7, 2023:

      MINUTE entry before the Honorable John J. Tharp, Jr:The plaintiff's motion to compel [56] is taken under advisement. An in−person hearing is set for Friday, December 15, 2023, at 9:00 a.m. in Courtroom 2303. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.