# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Johnny Flores
                      Plaintiff,

v.                                          Case No.: 1:23−cv−01736
                                                    Honorable John J. Tharp Jr.

Reynaldo Guevara, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 8, 2024:

      MINUTE entry before the Honorable John J. Tharp, Jr:Defendant officers' motion to compel discovery answers [79] is taken under advisement. This case is referred to the assigned Magistrate Judge for all further discovery scheduling, supervision, and rulings. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.